## 47th District Court

### For the Cities of Farmington and Farmington Hills

People of the State of Michigan

vs

*Keith Dorell Collier*

Case Number _13H24936_

To the Clerk:

Please enter my appearance as attorney for the defendant in the above mentioned cause:

Stand Mute _____

Not Guilty _____

Demand Jury _____

Name and Bar: *Bertram L. Johnson P46646*

Address: *547 E. Jefferson Ste. 200*

City: *Detroit, MI. 48226*

Telephone: *(313) 598-4193*

Approved, SCAO

Original - Court
Additional copies to all attorneys of record
and unrepresented parties
JIS CODE: ATT

| **STATE OF MICHIGAN**<br>☐ 50th **JUDICIAL DISTRICT**<br>☐ **JUDICIAL CIRCUIT**<br>☐ **COUNTY PROBATE** *50th* | **APPEARANCE** | **CASE NO.**<br>14-66854 SD |
|---|---|---|

Court address: 70 N. Saginaw St. Pontiac, MI 48342  
Court telephone no.: (248) 758-3800

Plaintiff(s)/Petitioner(s): State of Michigan  
v  
Defendant(s)/Respondent(s): Keith Collier

☐ Probate  In the matter of _____
☐ Juvenile  In the matter of _____

TO: Clerk of the court/Register, all attorneys of record, and unrepresented parties:   Specify names and addresses.

RECEIVED FOR FILING
50TH DISTRICT COURT
2016 FEB -2  2:01

I appear on behalf of *Keith Collier* _____ as

☒ attorney   ☐ guardian ad litem   and request copies of all papers filed in this case.

☐ Court appointed   ☒ Retained by *Keith Collier*

I certify that I represent no other interest whatsoever of any party to this cause, except as follows:



Date: 2/2/16

Name (type or print): BERTRAM L. JOHNSON   Bar no.: P46646

Signature: Bertram L. Johnson

Address: 547 E. Jefferson Ste. 200

City, state, zip: Det. MI 48226   Telephone no.: (313) 598-4193

Firm name:

MC 02 (3/08) **APPEARANCE**   MCR 2.117, MCR 3.915(C), MCR 3.916(B)